FILED
October 12, 2011
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0003828494

Darrel C. Rumley SBN: 200811
LAW OFFICES OF DARREL C. RUMLEY
3017 Douglas Blvd., Suite 300
Roseville, CA 95661
(916) 780-7080
(916) 774-7140 Fax

Attorney for Debtor

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: Thomas S. Alexander | Case No.: 08-29178-B-7 |
| | MCN: DCR-001 |
| Debtor(s), | EXPARTE MOTION TO REOPEN CASE TO FILE CERTIFICATE OF DEBTOR EDUCATION |

COMES NOW DEBTOR, Thomas S. Alexander, by and through their attorney of record, Darrel C. Rumley, and hereby petitions this court for its Order Reopening Case for the sole purpose of filing debtor's Certificates of Debtor Education, which show that debtor's have completed a course in personal financial management.

1. Debtor has taken the course in financial management and attached the certificate as Exhibit "A" to this exparte motion.

2. There have not been any objections to debtor's discharge.

WHEREFORE, debtor's pray for the Court's order reopening their case to file their Debtor Education Certificates.

Dated: 10/12/11

_____
Darrel C. Rumley
Attorney for Debtors

- 1 -

# EXHIBIT "A"

Certificate Number: 01401-CAE-DE-016253092

Bankruptcy Case Number: 08-29178


01401-CAE-DE-016253092

## CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>October 6, 2011</u>, at <u>5:40</u> o'clock <u>PM EDT</u>, <u>Thomas S Alexander</u> completed a course on personal financial management given <u>by internet</u> by <u>GreenPath, Inc.</u>, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of California</u>.

Date: <u>October 6, 2011</u>        By:   <u>/s/Candy Wright</u>

                                  Name: <u>Candy Wright</u>

                                  Title: <u>Counselor</u>